544

A continuance based on testimony sought to be secured and which would only be available to impeach a witness who is to testify should ordinarily be refused. See Rosamond v. State, 101 Tex.Cr.R. 315, 276 S.W. 247; Barrow v. State, 129 Tex.Cr.R. 189, 86 S.W.2d 636; and Williams v. State, 145 Tex.Cr.R. 406, 168 S.W.2d 261.

No error appearing, the judgment is affirmed.

Opinion approved by the Court.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

### CASSELL v. STATE.
### No. 24697.

Court of Criminal Appeals of Texas.
March 8, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is the selling of whisky in a dry area and the punishment, a fine of $400.

### CASSELL v. STATE.
### No. 24698.

Court of Criminal Appeals of Texas.
March 8, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for violation of the liquor law, with a fine of $400.00.

The record is brought forward without a statement of facts or bills of exception. The proceedings appear regular in every respect. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.